IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD WILSON,** : | |
| Plaintiff, : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 09-2961** |
| **MARGARET BURKE, M.D.,** *et al.*, : | |
| Defendants. : | |

### ORDER

**AND NOW**, this 18th day of September 2012, upon consideration of the Motions for Summary Judgment of Defendants Dr. Margaret Burke and Dr. Alyn Caulk (Doc. Nos. 63, 75), and the Motion for Summary Judgment of Defendants Sergeant Michael Brown and the City of Philadelphia (Doc. No. 81), Plaintiffs responses in opposition thereto (Doc. Nos. 72, 82, 85), Defendants' replies (Doc. Nos. 73, 89, 90), and Plaintiff's sur-reply (Doc. No. 93), all evidence of record, and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** as follows:

1. Defendants' Motions are **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendants Dr. Margaret Burke, Dr. Alyn Caulk, Sergeant Michael Brown, and the City of Philadelphia and against Plaintiff Richard Wilson.

The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**